SEALED

FILED
DEC 0 5 2012
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-MJ-2024

| | |
|---|---|
| IN RE: SEIZURE WARRANT FOR | : |
| | : |
| A 2005 Ford, F-465 DRW Super Duty Ambulance, | : |
| VIN: 1FDXF46P05EA65283 | : |

### ORDER SEALING APPLICATION AND AFFIDAVIT FOR SEIZURE WARRANT

Upon motion of the United States, for good cause shown, and for the reasons and facts stated in the motion to seal it is hereby ORDERED that the above-referenced Application and Affidavit for Seizure Warrant, and all attachments, the Motion to Seal, and this Order filed therewith, be sealed by the Clerk except that certified copies be provided to the Office of the United States Attorney and/or the Federal Bureau of Investigation upon request.

This the 5 day of December, 2012.

JAMES E. GATES
United States Magistrate Judge